## BRACKETT *against* DUDLEY.

MOTION, for a commission, in behalf of the defendant, who made affidavit, " that *R. B.* is a material witness for this deponent, in the above entitled cause, as he is advised by counsel, and verily believes to be true : *and that he cannot safely proceed to the trial threof, without the testimony of the said R. B.*" and that the witness resided out of the state, and where. And, because the affidavit did not state that the defendant could not safely proceed to trial, &c. *as advised by counsel*, objection was taken. But,

An affidavit for a commission is sufficient, if it shew the witness to be material, as advised, &c. and that he is out of the jurisdiction of the court.

It need not add, that the party cannot safely proceed to trial, without such evidence.

*Per Curiam.* The affidavit shews enough, without this. The statute is, that, " if any material witness, in any action, &c. shall not reside in this state, it shall be lawful for the Court, on affidavit or proof being made thereof, to the satisfaction of the Court, to grant the commission." It is enough, to shew, by affidavit, that the witness is without the jurisdiction of the Court, and that he is material, which is sufficiently shewn here, and the advice of counsel is so far sworn to. That the party cannot safely proceed, &c. is surplusage.

Motion granted.